**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRADIMPEX EGYPT COMPANY, ) <br> An Egyptian Company, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> BIOMUNE COMPANY, a Delaware ) <br> corporation, and DOES 1 through 10, ) <br> inclusive, ) <br> ) <br> DEFENDANTS. ) | CIVIL ACTION NO. 10-757 (LPS) <br><br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

Please take notice that on May 9, 2010, Defendant Biomune Company served by U.S. Mail its Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures. Copies of this document were served on counsel for Plaintiff Tradimpex Egypt Company at the following addresses:

    Scott E. Chambers (No. 2532)
    Erin K. Fitzgerald (No. 4856)
    SCHMITTINGER & RODRIGUEZ, P.A.
    414 South State Street
    P.O. Box 497
    Dover, Delaware 19901
    schambers@schmittrod.com
    efitzgerald@schmittrod.com

    Todd Galinger
    20 Truman, Suite 109
    Irvine, California 92620
    tgallinger@gallingerlaw.com

Dated: May 9, 2011
      Wilmington, DE

                         **McCARTER & ENGLISH, LLP**

                    By:  <u>/s/*William F. Taylor, Jr.*</u>

                        William F. Taylor, Jr. (#2936)
                        Renaissance Centre
                        405 N. King Street, 8th Floor
                        Wilmington, DE 19801
                        Phone: (302) 984-6300
                        Fax: (302) 984-6399
                        wtaylor@mccarter.com

                        -and-

                        Russell J. Keller (*pro hac vice)*
                        Misty Cooper Watt (*pro hac vice*)
                        STINSON MORRISON HECKER LLP
                        1201 Walnut Street
                        Kansas City, MO 64106
                        Phone:  816-691-2336
                        Fax:  816-412-1218
                        rkeller@stinson.com
                        mwatt@stinson.com

                        *Counsel for Defendant Biomune Company*