**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRADIMPEX EGYPT COMPANY,<br>An Egyptian Company,<br><br>PLAINTIFF,<br><br>v.<br><br>BIOMUNE COMPANY, a Delaware<br>corporation, and DOES 1 through 10,<br>inclusive,<br><br>DEFENDANTS. | )<br>)<br>)  CIVIL ACTION NO. 10-757 (LPS)<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

Please take notice that on May 12, 2011, *Defendant Biomune Company's First Request For Production Of Documents* was served by U.S. Mail upon counsel for Plaintiff Tradimpex Egypt Company at the following addresses:

Scott E. Chambers (No. 2532)
Erin K. Fitzgerald (No. 4856)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19901
schambers@schmittrod.com
efitzgerald@schmittrod.com

Todd Gallinger
GALLINGER LAW
20 Truman Street, Suite 9
Irvine, California 92620
tgallinger@gallingerlaw.com

1

ME1 11739828v.1

Dated: May 13, 2011
      Wilmington, DE                         **McCARTER & ENGLISH, LLP**

By:  /s/*William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Phone: (302) 984-6300
Fax: (302) 984-6399
 wtaylor@mccarter.com

-and-
Russell J. Keller (*pro hac vice)*
Misty Cooper Watt (*pro hac vice*)
STINSON MORRISON HECKER LLP
1201 Walnut Street
Kansas City, MO 64106
Phone:  816-691-2336
Fax:  816-412-1218
rkeller@stinson.com
mwatt@stinson.com

*Counsel for Defendant Biomune Company*

ME1 11739828v.1