**CERTIFICATE OF SERVICE**

It is hereby certified that on May 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Scott E. Chambers (No. 2532)
Erin K. Fitzgerald (No. 4856)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19901
Phone: 302-674-0140
Fax: 302-674-2925
schambers@schmittrod.com
efitzgerald@schmittrod.com

Todd Gallinger
GALLINGER LAW
20 Truman Street, Suite 9
Irvine, California 92620
Phone:  949-862-0010
Fax:  949-861-6592
tgallinger@gallingerlaw.com

Counsel for Plaintiff Tradimpex Egypt Company

   /s/*William F. Taylor, Jr.*
  William F. Taylor, Jr. (#2936)
  McCarter & English, LLP
  Renaissance Centre
  405 N. King Street, 8th Floor
  Wilmington, DE 19801
  Phone: (302) 984-6300
  Fax: (302) 984-6399
   wtaylor@mccarter.com