# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRADIMPEX EGYPT CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-757-LPS-CJB |
| | ) | |
| BIOMUNE CO. d/b/a CEVA BIOMUNE, ET AL., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SCHEDULING ADR TELECONFERENCE**

At Wilmington this **12th** day of **September, 2011**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 21, 2011, at 10:00 a.m.** with Magistrate Judge Burke.  **Plaintiffs' counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

    s/ Christopher J. Burke
CHRISTOPHER J. BURKE
UNITED STATES MAGISTRATE JUDGE